IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BRENDA JOHNSON, | : |
| Plaintiff, | : |
| | Case No. 3:13cv00301 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social Security Administration, | : |
| Defendant. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on February 24, 2015 (Doc. #19) is ADOPTED in full;

2. Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. #18) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees in the total amount of $5,676.66; and

    4.   The case remains terminated on the docket of this Court.

March 16, 2015                                         *s/Thomas M. Rose

                                                       _____
                                                                Thomas M. Rose
                                                   United States District Judge